# SEALED MATTER

|  |  |
|---|---|
| Case Number: | Case:2:09-mc-50275<br>Judge: Roberts, Victoria A<br>Filed: 03-12-2009 At 04:40 PM<br>Sealed Matter (ml) |
| Defendant Number: | _____ |
| Case Type: | _____ CR     ✓ MC |
|  | _____ PO    _____ MW |
| District Judge: | Roberts |
| Signed by Judicial Officer: | DONALD A. SCHEER |
| New Case | ✓ YES _____ NO |

## DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA



FILED
MAR 12 2009
CLERK'S OFFICE
DETROIT