AO 93 (Rev. 5/85) Search Warrant—AUSA GARDEY

# United States District Court

**F I L E D**
APR 0 7 2009
CLERK'S OFFICE
MICHIGAN
DETROIT

EASTERN _____ DISTRICT OF _____ MICHIGAN

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

Google Gmail electronic mail account
eriknownet@gmail.com

## SEARCH WARRANT

Case: 2:09-mc-50275
Judge: Roberts, Victoria A
Sealed Matter (ml)

TO: __FEDERAL BUREAU OF INVESTIGATION__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Anthony Sano__ who has reason to
                                                          Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See Attachment A

in the __EASTERN__ District of __MICHIGAN__ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __March 22, 2009__
                                                                       (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Magistrate Judge Donald A. Scheer__ as required by law.

U.S. Judge or Magistrate Judge

__March 12, 2009__ at __4:28 pm__     at    __Detroit, Michigan__
Date and Time Issued                                                City and State

DONALD A. SCHEER
United States Magistrate Judge
Name and Title of Judicial Officer                            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/12/09 | 3/13/09 ; 8:30 AM | |

INVENTORY MADE IN THE PRESENCE OF    VIA FAX

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. SUBSCRIBER INFO FOR GMAIL ACCOUNT ERIKNOWNET @ GMAIL.COM
2. INFORMATION REGARDING SESSION TIMESTAMPS AND IP LOGINS
3. CD CONTAINING EMAIL AND CONTACTS LIST FOR ABOVE EMAIL

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  U.S. Judge or Magistrate        4/7/09    Date

# ATTACHMENT A

# PLACE TO BE SEARCHED

Google Gmail electronic mail account eriknownet@gmail.com

# **ATTACHMENT B**

# **ITEMS TO BE SEIZED**

All records, in any form, in the possession of Google for the following account: eriknownet@gmail.com

including but not limited to:

1. Account information, including subscriber's full name, address, telephone numbers, screen names/profiles, account numbers, status of account, duration of account, method of payment; registering IP address and login IP address(es);

2. Account history, including customer terms of service, complaints;

3. Detailed billing records (detailed billing records are a listing of the date, time duration and screen name/profiles used each time a particular account is activated);

4. Contents of "buddy lists," "favorite web sites," "groups," and address books;

5. Content of all e-mail, including attachments, the address of sent from, the address of sent to, or received by, delivered or undelivered, read or unread;

6. File transfer data uploaded or downloaded;

7. Any information used for web pages or web sites; and

8. Logs maintained for the account; any information related to chat rooms or instant chat sessions.

All subscriber information for any names on the "buddy lists" described above, and for the senders and recipients of the e-mail described above, for any such names, senders and recipients who are subscribers or customers of Google.